UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARMIN AKTER and ASIF KHAN<br><br>Plaintiff<br><br>vs.<br><br>JON INFIELD; DRASC, INC.; GORDON MILK TRANSPORT, INC.; JOHN DOES 1-10; and JOHN DOE CORPORATIONS 1-10<br><br>Defendants | Case No.: 2:22-cv-00162-JP<br><br><u>CIVIL ACTION</u> |

## STIPULATION TO DISMISS LESS THAN ALL PARTIES

**IT IS HEREBY STIPULATED** by and between Eli Gabay, Esquire, attorney for Plaintiffs and Laurence I. Gross, Esquire, attorney for Defendants, Jon Infield and Drasc, Inc., that Defendant, Gordon Milk Transport, Inc., is hereby dismissed from this matter with prejudice.

_____
J.

**SOLOMON, SHERMAN & GABAY**

_[signature]_

Eli Gabay, Esquire
*Attorney for Plaintiffs*

**BBC LAW, LLP**

/s/ *Laurence I. Gross*

_____
Laurence I. Gross, Esquire
*Attorney for Defendants, Jon Infield and DRASC, Inc. d/b/a Gordon Milk Transport*